# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO JOSE CALDERON LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES,<br><br>    Respondent. | Case No. CV 11-2929 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition Without Prejudice for Lack of Jurisdiction.

Dated: April 20, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE